# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| ROBERT LEE RASMUSSEN, JR. | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:15-cv-00162 |
| | ) | Chief Judge Crenshaw |
| NANCY BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the Memorandum filed contemporaneously herewith, the Court **VACATES** the referral to the Magistrate Judge (Doc. No. 3). Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16) is **DENIED** and the decision of the Social Security Administration is **AFFIRMED**.

This case is **DISMISSED** and the Clerk is directed to **CLOSE** the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE